UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN MCELROY, | Case No. 1:26-cv-03089-FJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF No. 2) |
| HO, *et al.*, | ORDER DIRECTING PAYMENT OF |
| Defendants. | INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff Latwahn McElroy ("Plaintiff") is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2026, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and on April 27, 2026, filed a certified trust account statement. (ECF Nos. 2, 6.)

Plaintiff is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."[1]

---

[1] The Court takes judicial notice of the following United States District Court cases: (1) *McElroy v. City of Inglewood*, Case No. 2:02-cv-04301-MMM-MLG (C.D. Cal.) (dismissed

Upon review of Plaintiff's complaint, however, the Court finds that his allegations may satisfy the imminent danger exception to section 1915(g), at the time the complaint was filed. *Andrews v. Cervantes*, 493 F.3d 1047, 1053−55 (9th Cir. 2007).[2]

Plaintiff has made the showing required by section 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 2), is GRANTED;

2. The Director of the California Department of Corrections or his or her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and

---

November 20, 2002, for failure to state a claim); (2) *McElroy v. City of Inglewood*, Case No. 2:03-cv-05034-UA-MLG (C.D. Cal.) (dismissed July 25, 2003, as frivolous); (3) *McElroy v. Gebmedin*, Case No. 1:08-cv-00124-LJO-GSA PC (E.D. Cal.) (dismissed December 11, 2008, for failure to state a claim); (4) *McElroy v. Cal. Dep't of Corrs.*, Case No. 2:08-cv-00733-HWG (E.D. Cal.) (dismissed June 3, 2009, for failure to state a claim); (5) *McElroy v. Schultz*, Case No. 1:08-cv-00179-OWW-MJS (E.D. Cal.) (dismissed April 30, 2010, for failure to state a claim); (6) *McElroy v. Asad*, Case No. 2:11-cv-02537-KJN (E.D. Cal.) (dismissed December 7, 2011, for failure to prosecute following screening order dismissing complaint for failure to state a claim); (7) *McElroy v. Inst. Head Ground*, Case No. 1:13-cv-00483-MJS (E.D. Cal.) (dismissed November 1, 2013, for failure to state a claim); (8) *McElroy v. CDC*, Case No. 2:15-cv-02271-KJM-EFB (E.D. Cal.) (dismissed June 21, 2017, for failure to prosecute following screening order dismissing complaint for failure to state a claim); (9) *McElroy v. Adam*, Case No. 4:19-cv-05491-PJH (N.D. Cal.) (dismissed December 2, 2019, for failure to prosecute following screening order dismissing complaint for failure to state a claim); and (10) *McElroy v. Gomez*, Case No. 1:20-cv-00658-DAD-SAB, (E.D. Cal.) (dismissed December 11, 2020, for failure to prosecute following screening order dismissing complaint for failure to state a claim).

[2]    Although the complaint is rambling and largely incoherent, Plaintiff appears to allege that he is being denied certain medical care that will result in worsening of his medical conditions, including bed sores and blistering skin. (ECF No. 1, pp. 5–6.) At this time, the Court expresses no opinion on the merits of Plaintiff's claims.

2

shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on Director of the California Department of Corrections, via the Court's electronic case filing system (CM/ECF); and

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3